**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Brian Fields, | Civil Action No.: 2:26-cv-00852 (WJM) (JSA) |
| *Plaintiff*, | |
| v. | |
| DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORPORATION, CUSTOM ESSENCE LLC, SYMRISE AG, SYMRISE INC., SYMRISE US LLC, INTERNATIONAL FLAVORS & FRAGRANCES INC., | **STIPULATION and ORDER** |
| *Defendants*. | |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Brian Fields ("Plaintiff") and Defendants DSM-Firmenich AG, Firmenich International SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Givaudan SA, Givaudan Fragrances Corporation, Custom Essence LLC, Symrise AG, Symrise Inc., Symrise US LLC, and International Flavors & Fragrances Inc. (collectively, "Defendants" and, together with Plaintiff, the "Parties"), subject to the reservation of rights contained in paragraph 9 below and the Court's approval, as follows:

1.     Counsel for Defendants agree to waive service of a summons and Plaintiff's complaint (the "Complaint") in the above-captioned action as to Defendants Firmenich Inc., Agilex Flavors & Fragrances, Inc., Givaudan SA, Givaudan Fragrances Corporation, Custom Essence LLC, Symrise AG, Symrise Inc., Symrise US LLC, and International Flavors & Fragrances Inc.

2.     Plaintiff agrees to voluntarily dismiss from this action Defendants DSM-Firmenich AG and Firmenich International SA without prejudice and to add as a Defendant Firmenich SA,

which agrees not to contest personal jurisdiction in this action.

3. Defendants shall answer, file a motion under Federal Rule of Civil Procedure 12(b)(6), or otherwise respond to the Complaint on or before May 8, 2026.

4. If Defendants file a motion to dismiss pursuant to Rule 12(b)(6), Plaintiff shall respond on or before June 19, 2026.

5. If Defendants file a motion to dismiss pursuant to Rule 12(b)(6), Defendants shall reply on or before July 27, 2026.

6. The Court has entered an amended scheduling order in the cases of *In re Fragrance Direct Purchaser Antitrust Litig.*, 2:23-cv-02174 (WJM)(JSA) (ECF No. 279), *In re Fragrance Indirect Purchaser Antitrust Litig.*, 2:23-cv-3249 (WJM)(JSA) (ECF No. 215), and *In re Fragrance End-User Plaintiff Antitrust Litig.*, 2:23-cv-16127 (WJM)(JSA) (ECF No. 203) (together, the "Related Actions") that consolidates the schedule for merits and jurisdictional discovery.

7. Defendants' failure to contest personal jurisdiction in their 12(b)(6) motion to dismiss does not constitute a waiver of personal jurisdiction. Defendants expressly reserve all arguments and defenses relating to personal jurisdiction, which shall be deferred until the completion of jurisdictional and merits discovery (collectively, "Fact Discovery") in the Related Actions. Defendants retain the right to challenge personal jurisdiction by appropriate motion following the conclusion of such discovery. Plaintiff agrees not to seek any incremental jurisdictional discovery, whether in the form of document productions, interrogatories, or depositions. Plaintiff further agrees not to seek any Fact Discovery, including any Fact Discovery produced in the Related Actions, during the pendency of Defendants' 12(b)(6) motion.

8.    Following the Court's decision on the 12(b)(6) motion, and assuming the Complaint is not dismissed, any party continuing to contest personal jurisdiction shall meet and confer with Plaintiff in good faith to agree on a schedule for briefing on a motion to dismiss under Rule 12(b)(2).

9.    Except as to the defense of insufficiency of service of process in the above-captioned action, no defense of any of the Defendants, including without limitation defenses based upon lack of personal jurisdiction, is prejudiced or waived by such Defendant's executing, agreeing to, joining, or filing the Stipulation.

10.    Nothing in this Stipulation and Order shall preclude the Parties from seeking to amend the filing deadlines as set forth herein.

Date: April 20, 2026                                     Respectfully submitted,

                                                         /s/ Liza M. Walsh
                                                         Liza M. Walsh
                                                         Jessica K. Formichella
                                                         **WALSH PIZZI O'REILLY FALANGA LLP**
                                                         Three Gateway Center
                                                         100 Mulberry Street, 15th Floor
                                                         Newark, New Jersey 07102
                                                         Telephone: (973) 757-1100
                                                         Facsimile: (973) 757-1090

                                                         Robert Milne
                                                         Martin M. Toto
                                                         William H. Bave, III
                                                         **WHITE & CASE LLP**
                                                         1221 Avenue of the Americas
                                                         New York, NY 10020
                                                         Telephone: 212-819-8200
                                                         rmilne@whitecase.com
                                                         mtoto@whitecase.com
                                                         william.bave@whitecase.com

*Attorneys for Defendants Symrise AG, Symrise Inc., and Symrise US LLC*

/s/ Mari Grace
D. Jarrett Arp
Mari Grace
**DAVIS POLK & WARDWELL LLP**
1050 17th Street, NW
Washington, DC 20036
Telephone: (202) 962-7020
jarrett.arp@davispolk.com
mari.grace@davispolk.com

Sean P. McConnell
Sarah O'Laughlin Kulik
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1947
spmcconnell@duanemorris.com
sckulik@duanemorris.com

Arthur J. Burke
Christopher Lynch
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4352
arthur.burke@davispolk.com
christopher.lynch@davispolk.com

*Counsel for Defendants DSM-Firmenich AG, Firmenich International SA, Firmenich Inc., and Agilex Flavors & Fragrances, Inc.*

/s/ Andrew Finch
Andrew Finch
Michael A. Paskin
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
afinch@cravath.com
mpaskin@cravath.com

4

Michael E. Hamburger, Esq.
**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
mhamburger@fbtgibbons.com

*Attorneys for Defendants Givaudan SA,*
*Givaudan Fragrances Corporation, Ungerer*
*& Company, Inc, and Custom Essence LLC*

*/s/ Tansy Woan*
Boris Bershteyn
Matthew Martino
Tansy Woan
Andrew Muscato
Evan Levicoff
**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
(212) 735-3000
Boris.Bershteyn@skadden.com
Matthew.Martino@skadden.com
Tansy.Woan@skadden.com
Andrew.Muscato@skadden.com
Evan.Levicoff@skadden.com

*Attorneys for Defendant*
*International Flavors & Fragrances*
*Inc.*

*/s/ Jonathan R. MacBride*
Jonathan R. MacBride (Bar No. 31851995)
Meredith C. Schilling (Bar No. 00802010)
**ZELLE LLP**
2929 Arch Street
Suite 1700, The Cira Centre
Philadelphia, PA 19104
Telephone: (484) 532-5341
jmacbride@zellelaw.com
mschilling@zellelaw.com
James Robertson Martin (*pro hac vice*)
Jennifer Duncan Hackett (*pro hac vice*)
Sabrina Nelson (*pro hac vice*)
Desmond Sims (*pro hac vice*)

5

Noah Wolfenstein (*pro hac vice*)
1775 Pennsylvania Avenue, NW,
Suite 375
Washington, D.C. 20006
Telephone: (202) 899-4100
jmartin@zellelaw.com
jhackett@zellelaw.com
snelson@zellelaw.com
dsims@zellelaw.com
nwolfenstein@zellelaw.com

Eric Citron (*pro hac vice*)
**ZIMMER, CITRON & CLARKE, LLP**
130 Bishop Allen Drive
Cambridge, MA 02139
Telephone: (202) 796-4540
eric@zimmercitronclarke.com

*Attorneys for Plaintiff Brian Fields*

IT IS SO ORDERED.

Dated: April 21, 2026                    s/Jessica S. Allen_____
                                         Honorable Jessica S. Allen, U.S.M.J.

6