# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

BRIAN FIELDS,

*Plaintiff*,

v.

DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORPORATION, CUSTOM ESSENCE LLC, SYMRISE AG, SYMRISE INC., SYMRISE US LLC, INTERNATIONAL FLAVORS & FRAGRANCES INC.,

*Defendants*.

Civil Action No.: 2:26-cv-00852 (WJM) (JSA)

**ORAL ARGUMENT REQUESTED**

*Document electronically filed*

**RETURN DATE: August 3, 2026**

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

**TO:**

Jonathan R. MacBride
Meredith C. Schilling
**ZELLE LLP**
2929 Arch Street
Suite 1700, The Cira Centre
Philadelphia, PA 19104

Desmond Sims (*pro hac vice*)
James R. Martin (*pro hac vice*)
Jennifer Duncan Hackett (*pro hac vice*)
Noah Wolfenstein (*pro hac vice*)
Sabrina A. Nelson (*pro hac vice*)
**ZELLE LLLP**
1775 Pennsylvania Avenue, NW
Suite 375
Washington, D.C. 20006

*Counsel for Plaintiff Brian Fields*

Eric Citron (*pro hac vice*)
**ZIMMER, CITRON & CLARKE**
1629 K Street NW
Washington, D.C. 20006

1

**PLEASE TAKE NOTICE** that, in accordance with the terms of the Stipulation and Scheduling Order entered on April 21, 2026, in the above-captioned action, on August 3, 2026, or such other time and date to be scheduled by the Court, defendants Firmenich SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Givaudan SA, Givaudan Fragrances Corporation, Custom Essence LLC, Symrise AG, Symrise Inc., Symrise US LLC, and International Flavors & Fragrances Inc. ("Defendants"), by and through their respective undersigned attorneys, will move before the Honorable William J. Martini, United States District Judge, at the Martin Luther King Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff Brian Fields's Complaint for failure to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Defendants will rely upon the accompanying Memorandum of Law and all other papers and pleadings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification of Service is attached hereto.

2

Dated:  May 8, 2026

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh
Jessica K. Formichella
**WALSH PIZZI O'REILLY
FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100
lwalsh@walsh.law

Robert Milne (*pro hac vice*
forthcoming)
Martin M. Toto
William H. Bave, III (*pro hac vice*)
Gina M. Chiappetta (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
rmilne@whitecase.com
mtoto@whitecase.com
william.bave@whitecase.com
gina.chiappetta@whitecase.com

*Attorneys for Defendants Symrise AG,
Symrise Inc., and Symrise US LLC*

*s/ Sean P. McConnell*

Sean P. McConnell
Sarah O'Laughlin Kulik
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
(215) 979-1947
spmcconnell@duanemorris.com
sckulik@duanemorris.com

*s/ Michael E. Hamburger*

Michael E. Hamburger
**FBT GIBBONS LLP**
One Gateway Center
Newark, NJ 07102
(973) 596-4500
mhamburger@fbtgibbons.com

Andrew C. Finch (*pro hac vice*
pending)
Michael A. Paskin (*pro hac vice*
pending)
**CRAVATH, SWAINE & MOORE
LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
afinch@cravath.com
mpaskin@cravath.com

*Attorneys for Defendants Givaudan SA,
Givaudan Fragrances Corporation, and
Custom Essence LLC*

*s/ Tansy Woan*

Boris Bershteyn (*pro hac vice
forthcoming*)
Tansy Woan
Evan Levicoff (*pro hac vice
forthcoming*)
Thomas J. Smith (*pro hac vice
forthcoming*)
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
(212) 735-3000

3

D. Jarrett Arp (*pro hac vice* forthcoming)
Mari Grace (*pro hac vice* pending)
**DAVIS POLK & WARDWELL LLP**
1050 17th Street, NW
Washington, D.C. 20036
(202) 962-7020
jarrett.arp@davispolk.com
mari.grace@davispolk.com

Arthur J. Burke (*pro hac vice* pending)
Christopher Lynch (*pro hac vice* forthcoming)
Peter M. Bozzo
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
(212) 450-4352
arthur.burke@davispolk.com
christopher.lynch@davispolk.com
peter.bozzo@davispolk.com

*Attorneys for Defendants Firmenich SA, Firmenich Inc., and Agilex Flavors & Fragrances, Inc.*

Boris.Bershteyn@skadden.com
Tansy.Woan@skadden.com
Evan.Levicoff@skadden.com
Thomas.Smith@skadden.com

*Attorneys for Defendant International Flavors & Fragrances Inc.*

4

## <u>LOCAL RULE 11.2 CERTIFICATION</u>

Pursuant to Local Civil Rule 11.2, I hereby certify that, to the best of my knowledge, the matter in controversy in this case is substantially related to the subject of three other actions currently pending before the Hon. William J. Martini in this Court: *Our Own Candle Company, Inc. v. Givaudan S.A.*, No. 23-cv-02174-WJM-JSA; *In re: Fragrance End-User Plaintiff Antitrust Litig.*, No. 23-cv-16127-WJM-JSA; and *In re: Fragrance Indirect Purchaser Antitrust Litig.*, No. 23-cv-03249-WJM-JSA.  I am aware that if the foregoing is willfully false, I am subject to punishment.


Dated: May 8, 2026                          *s/ Michael E. Hamburger*
                                             Michael E. Hamburger

5

## CERTIFICATION OF SERVICE

I, Michael E. Hamburger, hereby certify as follows:

1.      On May 8, 2026, the following documents were electronically filed with the Clerk of the Court on the Court's ECF System, which effected service of the following documents on all counsel of record:

      a.      Notice of Defendants' Motion to Dismiss;

      b.      Memorandum of Law in Support of Defendants' Motion to Dismiss; and

      c.      [Proposed] Order Dismissing the Complaint.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: May 8, 2026                          *s/ Michael E. Hamburger*
                                                   Michael E. Hamburger