**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRIAN FIELDS,<br><br>*Plaintiff*,<br><br>v.<br><br>DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORPORATION, CUSTOM ESSENCE LLC, SYMRISE AG, SYMRISE INC., SYMRISE US LLC, INTERNATIONAL FLAVORS & FRAGRANCES INC.,<br><br>*Defendants*. | Civil Action No.: 2:26-cv-00852 (WJM) (JSA)<br><br>*Document electronically filed* |

**[PROPOSED] ORDER DISMISSING THE COMPLAINT**

**THIS MATTER** having been opened to the Court on the motion filed by defendants Firmenich SA, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Givaudan SA, Givaudan Fragrances Corporation, Custom Essence LLC, Symrise AG, Symrise Inc., Symrise US LC, and International Flavors & Fragrances Inc. ("Defendants"), by and through their respective attorneys, seeking an Order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered the parties' submissions in support of and in opposition to the motion, as well as the arguments of counsel, if any; and for the reasons set forth by the Court:

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that Defendants' Motion to Dismiss the Complaint is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the aforementioned Complaint is hereby dismissed in its entirety.

_____
Honorable William J. Martini
United States District Judge

1